Gilbert I. Serrano, Sr.,
FSP, "Old Folsom."
P-42238-B1-SBT2-09L
P.O.Box 950
Folsom, CA 95763

RECEIVED
07 NOV -5 PM 2:22
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Saturday, October 27, 2007.

**FILED**

NOV - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ATTN: Mr. Richard W. Wieking, Clerk.
Northern District of California
450 Golden Gate, Ave.
San Francisco, CA 94102

C-07-5287-SBA

Dear Mr. Wieking,

I am attaching the Prisoner's Application to Proceed In Forma Pauperis.

   Second, I am confused by the ECF Registration Information Handout. I would like the court to serve all parties the Summons and Complaint, however, I can't become a user of the ECF, Because, I am a prisoner, plus, don't have access to computer with Internet Services. Please serve the summons and complaint upon the defendants via Marshall or please let me know if you can do it, without becoming a ECF Member.

Thank you in advanced for your full assistance in this matter.

Sincerely:

[signature]

Gilbert I. Serrano, Sr.,
   In propia persona.

(1)