**FILED**

NOV - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gilbert I. Serrano, Sr.,

    Plaintiff,

vs.

M. C. Kramer, Warden.,

    Defendant.

CASE NO. C07-5287-SBA(PR).

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

   I, Gilbert I. Serrano, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

   In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____  Net: __N/A__

Employer: _State Prisoner_

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I was self-employed. My last day of work was On 11/03/1998, when I was arrested. Approximately four thousand dollars per month.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment                                Yes ___ No _x_
   b. Income from stocks, bonds, or royalties?                               Yes ___ No _x_
   c. Rent payments?                                                         Yes ___ No _x_
   d. Pensions, annuities, or life insurance payments?                       Yes ___ No _x_
   e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No _x_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                                                          Yes ___ No _x_

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   Maria, mother; (G. M., And D. Serrano, sons); (Daisy, my
6   daughter). Of course, numerous of other family members which can use my support.
7   5.   Do you own or are you buying a home?   Yes ____ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?   Yes ____ No _X_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.   Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____ N/A _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ____ No ____ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No ____
20  _____ N/A _____
21  8.   What are your monthly expenses?
22  Rent: $ __N/A_____ Utilities: _____
23  Food: $_____ Clothing: _____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _____             $_____            $_____
27  _____             $_____            $_____
28  _____             $_____            $_____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No  x
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  I've a lawsuit pending. Honestly, I don't feel right disclosing
10 the information but if you must have it, I'll submit to you.
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 October 27, 2007
17    DATE                              SIGNATURE OF APPLICANT

|    |    |
|----|----|
| 1  |    |
| 2  | Case Number: C 07 5287SBA(PR) |
| 3  |    |

8  **CERTIFICATE OF FUNDS**

9  **IN**

10  **PRISONER'S ACCOUNT**

12  I certify that attached hereto is a true and correct copy of the prisoner's trust account
statement showing transactions of _Serrano, Gilbert_ for the last six months
                                          [prisoner name]
_Folsom State Prison_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the
most recent 6-month period were $ __∅__ and the average balance in the prisoner's
account each month for the most recent 6-month period was $ __∅__ .

Dated: 10/24/07                               _Karen C. Davis_
                                              [Authorized officer of the institution]

```
REPORT ID: TS3030                                          REPORT DATE: 04/20/07
                                                           PAGE NO:         1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA STATE PRISON FOLSOM
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2007 THRU APR. 20, 2007

ACCOUNT NUMBER : P42238                    BED/CELL NUMBER: BSBAT200000023L
ACCOUNT NAME   : SERRANO, GILBERT ISRAEL      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----    ----  -----------    -------       ---------   --------   -----------   -------

01/01/2007    BEGINNING BALANCE                                                    0.00

01/05*VD54 INMATE PAYROL 603139IP12                       12.99                   12.99
01/09 W502 POSTAGE CHARG 603228                                         2.56      10.43
02/05*VD54 INMATE PAYROL 603627IP01                       25.20                   35.63
02/13 W514 VISION CARE C 603802                                        35.63       0.00
03/06*VD54 INMATE PAYROL 604100IP02                        4.33                    4.33
03/07 W516 LEGAL COPY CH 604134 L                                       0.13       4.20
03/07 W502 POSTAGE CHARG 604133 L                                       4.20       0.00


                              CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE          DESCRIPTION              COMMENT          HOLD AMOUNT
  ------       ----          -----------              -------          -----------

03/22/2007     H114    COPAY FEE, MED.                604375                 5.00
03/30/2007     H114    COPAY FEE, MED.                604505                 5.00


                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/24/99                   CASE NUMBER: *BA176519
COUNTY CODE: *LA                           FINE AMOUNT: $   10,000.00

   DATE        TRANS.    DESCRIPTION                  TRANS. AMT.     BALANCE
   ----        ------    -----------                  -----------     -------

01/01/2007     BEGINNING BALANCE                                      9,636.91

01/05/07       VR54    RESTITUTION DEDUCTION-SUPPORT      14.43-      9,622.48
02/05/07       VR54    RESTITUTION DEDUCTION-SUPPORT      28.00-      9,594.48
03/06/07       VR54    RESTITUTION DEDUCTION-SUPPORT       4.81-      9,589.67
```

```
REPORT ID: TS3030                                          REPORT DATE: 04/20/07
                                                           PAGE NO:         2
                         CALIFORNIA STATE PRISON FOLSOM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2007 THRU APR. 20, 2007

ACCT: P42238       ACCT NAME: SERRANO, GILBERT ISRAEL       ACCT TYPE: I

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL        CURRENT        HOLDS       TRANSACTIONS
  BALANCE        DEPOSITS      WITHDRAWALS  BALANCE        BALANCE     TO BE POSTED
  ---------      --------      -----------  -------        -------     ------------
     0.00         42.52         42.52         0.00         10.00           0.00


                                                           CURRENT
                                                           AVAILABLE
                                                           BALANCE
                                                           ---------
                                                             10.00-
```

October 23, 2007.

Trust Account Office.

Please submit the following:

1). Prisoner trust account statement showing transactions for the last six months.

2). Please complete and sign the attached Certificate of Funds.

3) Please be advised, that I need the above documents within (10) ten working days, to copy and to submit to the court... thank you!

Sincerely:

*[signature]*

(I/M. Serrano, D-47238)

(1)

October 30, 2007.

Gilbert Serrano, Sr.,
P42238-B1-SBT2-09L

Trust Account Office
FSP, "Old Folsom."

Dear trust office,

Approximately a week ago, I submitted my Certificate of funds in prisoner's account to be filled-out by your office, and the hand-written letter which explained the need of these documents and a copy of my trust account statement. If I don't have the documents by November 08, 2007, I am submitting the documents to the court without the requested... thank you, in advanced for your assistance.
Sincerely:

_[signature]_
Gilbert Serrano Sr.

P42238-B1-SBT2-09L   (1)

(Received on 10/31/2007)
(Mr. Ochoa, CCI, W17-1)
(Copies made on 11/01/2007).

```
ORT ID: TS3030  .701                                          REPORT DATE: 10/24/07
                                                              PAGE NO:          1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIFORNIA STATE PRISON FOLSOM
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: APR. 01, 2007 THRU OCT. 24, 2007

OUNT NUMBER  : P42238                         BED/CELL NUMBER: B1SBT200000009L
OUNT NAME    : SERRANO, GILBERT ISRAEL        ACCOUNT TYPE: I
VILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
 DATE        HOLD
 LACED       CODE         DESCRIPTION              COMMENT          HOLD AMOUNT
 ------      ----    ---------------------     -------------      ---------------
 01/2007     H114    COPAY FEE, MED.           701524                      5.00
 02/2007     H118    LEGAL COPIES HOLD         701567 L                    0.90
 05/2007     H118    LEGAL COPIES HOLD         701657                      8.80
 10/2007     H109    LEGAL POSTAGE HOLD        701722 L                    4.60
 12/2007     H110    COPIES HOLD               701813                      0.60
 16/2007     H118    LEGAL COPIES HOLD         701880 L                    3.30
 16/2007     H118    LEGAL COPIES HOLD         701880 L                    0.16
 16/2007     H118    LEGAL COPIES HOLD         701880 L                    2.90
 16/2007     H118    LEGAL COPIES HOLD         701880 L                   15.40

                              TRUST ACCOUNT SUMMARY

 EGINNING      TOTAL          TOTAL         CURRENT        HOLDS        TRANSACTIONS
 BALANCE      DEPOSITS      WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
 --------    ----------     -----------    ---------    -----------    --------------
   0.00         0.00           0.00           0.00         41.66            0.00

                                                                       CURRENT
                                                                      AVAILABLE
                                                                       BALANCE
                                                                      ----------
                                                                        41.66-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 10/24/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Karen C. Davis
TRUST OFFICE

*"Confidential document "not" for any-type of use or Inmate viewing:"*

[signature] 10/25/2007.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ORIGINAL FILED
OCT 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

Dear Sir or Madam:

Your complaint has been filed as civil case number **C 07 5287 SBA**

Your complaint is deficient because:

1. \_\_\_\_ You did not pay the appropriate filing fee of $350.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.

2. ✓ The In Forma Pauperis Application you submitted is insufficient because:

   ✓ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   \_\_\_\_ Your In Forma Pauperis Application was not completed in its entirety.

   \_\_\_\_ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning:** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be dismissed and the file closed. If you submit the application, you will automatically be liable for the full filing fee, regardless of your present ability to pay the full amount of the fee.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 4/9/06

SEPRAND

