Gilbert I. Serrano, Sr.,
FSP, "Old Folsom."
P-42238-B1-SBT2-09L
P.O.Box 950
Folsom, Calif. 95763

FILED

07 DEC -5 PM 1:53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gilbert I. Serrano, Sr.,
In propia persona.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA.

|  |  |
|---|---|
| Gilbert I. Serrano, Sr.,<br>    Plaintiff, | CASE NUMBER: C-07-5287-SBA(PR). |
| V. | "PLAINTIFF'S REQUEST FOR<br> APPOINTMENT OF COUNSEL." |
| M. C. Kramer, Warden.,<br>    Defendant. | |

## "INTRODUCTION"

        Plaintiff, Gilbert I. Serrano, Sr.,   On October 17, 2007, filed his "Civil Rights Complaint."

On November 05, 2007, filed his "Prisoner's Application to Proceed In Forma Pauperis ."

Plaintiff is a state  prisoner proceeding pro se.   Plaintiff is seeking the Appointment of Counsel based on the facts alleged in his Civil Rights Complaint.   A court has the discretion to appoint counsel for  indigent inmates when the alleged allegations are found-to-be true.   The court also must determine whether the interests of justice requires an appointment of counsel in a particular case.   (Please see the clear threats from The Chief, Inmate Appeals Branch, exhibit "A.").

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S**

**MOTION FOR APPOINTMENT OF COUNSEL.**

---

The court must determine whether the interests of justice requires the appointment of counsel.   In deciding whether to appoint counsel, "the court must evaluate the likelihood of success on the merits, and the ability of an inmate representing himself against a department of justice like it is the California Department of Corrections and Rehabilitation ("CDCR")."

The plaintiff must articulate his claims in this court, articulate his claims in light of the complexity of the issues involved.   In Weygandt V. Look, 718 F.2d. 952, 954 (9th. Cir. 1983);   See also Kreiling V. Field, 431 F.2d 638, 640 (9th. Cir. 1970);   And Chaney V. Lewis, 801 F.2d 1191, 1196 (1986).  In short, the exceptional circumstances are required.

A finding  of exceptional circumstances requires an evaluation of both "the likelihood of success on the merits and the ability of the plaintiff to articulate his claim's In Pro/Per, and in light of the complexity of the issues involved and against a system like it is the California Department of Corrections and Rehabilitation ("CDCR").   (See Wilborn V. Escalderon, 789 F.2d 1328, 1331 (9th. Cir. 1986).)."

Plaintiff urges this court to determine that the interests of justice requires the appointment of counsel in the instant case.  The appointment of counsel will benefit the plaintiff, but also will benefit this court in allowing these important issues briefed and argued by a competent attorney at law.

Plaintiff prays that this court will determine that the interest of justice so requires the assistance of counsel in this case.  This court has a strong idea, about prisoners issues in prison, and how-hard, it may-be to attend the law library.  If this court grants this motion, it 'is' clear that the law is not only accessible to those with strong legal background or to those who have the financial means to retain counsel, but also for the mass of uneducated and unrepresented prisoners.   (Please see Williams V. Kullman, 722  F.2d 1048, 1050 (2nd. Cir. 1983).    ("And exhibit "A" of this Request for Appointment of Counsel").

**CONCLUSION**

For all the stated in this Plaintiff's Motion of Request for Appointmnet of Counsel.   Plaintiff respectfully request and prays that this court  make  a finding of exceptional circumstances and appoint counsel in this case... thank you.

Gilbert Israel Serrano, Sr.,

FSP, "Old Folsom."

P-42238-B1-SBT2-09L

P.O.Box 950

Folsom, California 95763


Tuesday, November 27, 2007

### DECLARATION OF GILBERT ISRAEL SERRANO, SR., IN SUPPORT OF THE MOTION FOR APPOINTMENT OF COUNSEL.

I, Gilbert I. Serrano, Sr., do declare as follows:

1) First and foremost, I am a layman at law.

2) The access to the main yard is on a rotating schedule determined by each housing unit because approximately 1,000 thousand inmates are allowed on the yard at one-time and there are way over 3,500 inmates at (FSP).

3) At this present time he has attended the law library only on the yard rotation of the Unit One. Plaintiff is currently assigned to A2-B, status. Which is no job-assignment, however, doesn't make it to the yard on a regular basis due to the yard rotation. Once or twice per week if the rotation follows on his tier's unit. Plaintiff is a close custody inmate which means that he cannot use the library at evening or at night-time.

4) Plaintiff cannot study or become self taught in the time allotted under this prison's time or properly meet this courts procedural and time rules.

5) Plaintiff respectfully request from this court, that due to the complexities of the issues involved, and the limited time allowed for him to become self-taught, and in all the clearly established United States Supreme Court Law, this court will determine to appoint counsel for the plaintiff in the current proceedings.     (Please see exhibit "A").

The foregoing statements are made under the penalty of perjury, and this document was executed on Tuesday, November 27, 2007, at Folsom, California 95763.

Gilbert G. Serrano, Sr.

(1)

# **PROOF OF SERVICE BY MAIL**

I, Gilbert I. Serrano, Sr , AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA.  I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A  PARTY TO THIS ACTION.

MY PRISON NUMBER IS: P-42238

MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON November 28,            , 2007, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL WITH EXHIBITS.

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

ATTN: CLERK OF THE COURT

Mr. Richard W. Wieking.

Northern District of California

450 Golden Gate, Ave.

San Francisco, Calif. 94102

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED November 28,            , 2007, AT FOLSOM, CALIFORNIA..

# Exhibit

STATE OF CALIFORNIA -DEPARTMENT OF CORRECTIONS AND REHABILITATION    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



November 13, 2007


SERRANO, GILBERT, P42238
Folsom State Prison
P.O. Box 71
Represa, CA 95671



RE: IAB# 0710382     LEGAL

Mr. SERRANO:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.


Continued disregard of requests made by the Appeals Coordinator will result in your appeal being confiscated.

*U. Grani*

N. GRANNIS, Chief
Inmate Appeals Branch

---

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA                                                                                                    DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | ESP | 1. | 10 |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Gilbert I. Serrano, Sr. | P-42238 | N/A | B1-SAT2-10L |

A. Describe Problem: On 8/28/07, I submitted the attached 602, to the Appeals Coordinator's office, and as we know this document is a legal document. On 9/21/07, I received the attached 602, via inmate. Honestly, I don't know what is going on with this prison, but, this is a direct and intentional violation of the state and federal laws. In addition, a violation of the Title 15, 3141(a), 3141(b), which states that, confidential correspondence is a right guaranteed by law. Title 15, 3141(a)(b)(7), includes the appeals or 602 as well. In conclusion, please, stop violating my rights.

If you need more space, attach one additional sheet.

B. Action Requested: (1) Process the attached 602, as well as this one, and treat the document as a legal document, because, it is a legal document.
(2) Please stop violating my rights, thank you.

Inmate/Parolee Signature _____     Date Submitted 9/21/2007

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response:

Rejected
R&P
Complete Above
Time pending

"BY PASS"

RECEIVED
OCT 12 2007
TITLE APPEALS
BRANCH

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

"BY PASS"

0710382

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

## FOLSOM STATE PRISON APPEALS SCREENING FORM

TO: _SERRANO_        _P-42238_
<br>NAME                     CDC#

ISSUE: _10_  AREA OF ORIGIN: _U-1_  REQUESTS: _PROCESS ATTACHED '602'_

PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS:

☐ 1. The action or decision being appealed is not within the jurisdiction of the department.
   ☐ Submit your appeal directly to your Parole Region.

☐ 2. You have submitted a duplicate appeal containing the same issue.
   ☐ Your first appeal is currently under review at the _____ level. Log # _____.
   ☐ Your first appeal has been completed at the _____ level.  Log # _____.
   ☐ Your first appeal was screened-out and returned to you with instructions.

☐ 3. Your appeal concerns an anticipated action or decision.

☐ 4. You have not attempted to resolve the grievance at the informal level. Obtain an informal response by sending your appeal directly to:

☐ 5. The appeal is incomplete or necessary supporting documents are not attached. *(If necessary, you may obtain copies of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)*
   ☐ CDCR-115 Hearing Officer's Results and Supplemental Reports (entire completed 115.)    ☐ CDCR 128G ICC/UCC/CSR
   ☐ CDCR 839/840 Classification/Reclassification Score Sheet    ☐ CDCR 114D Lock Up Order
   ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
   ☐ Trust Account Statement
   ☐ Purchase Receipt(s)
   ☐ Property Card
   ☐ CDCR-1083 Property Inventory Receipt
   ☐ CDCR 143 Property Transfer Receipt
   ☐ Cell Search Slip   ☐ Other:

☐ 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints. _____.

☐ 7. The appeal is filed on behalf of another inmate or parolee.

☒ 8. Abuse of the Appeal Process:
   ☒ Inappropriate Statements. An appeal containing false information, profanity, or obscene language shall be rejected, per California Code of Regulations, Section 3084.4(b).
   ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c). Remove excess attachments and attach only one (1) additional written page (front and back).
   ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(4)(d):
      ☐ Failure to return requested documents:
   Other: INMATE SERRANO ~ PLEASE STOP SUBMITTING FALSIFIED DOCUMENTS [AND LYING] IN YOUR APPEALS (SEE ATTACHED) ALSO, AS YOU STATED, APPEALS ARE LEGAL DOCUMENTS SO PLEASE DON'T TYPE "BY-PASS" IN ANY OF THE SECTIONS OF THE FORM THE
   ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a) APPEALS COORDINATOR DECIDES IF A PARTICULAR SECTION SHOULD BE BY-PASSED
   ☐ This is a request for information; not an appeal. Use form GA-22, Inmate Request for Interview: Submit To: Or form CDCR-7362 Health Care Service Request. Submit CDCR-7362 Directly to Medical Department.
   ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period.
   ☐ You are attempting to change your original appeal issue.

☐ 9. Other:
   ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05/03. ALS
   ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

/s/
**D. P. Johnson, CCII**
Appeals Coordinator

OCT 3 2007

PERMANENT ATTACHMENT
(rev 7/24/07)dp

STATE OF CALIFORNIA –DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



November 13, 2007


SERRANO, GILBERT, P42238
Folsom State Prison
P.O. Box 71
Represa, CA 95671



RE: IAB# 0710380        CUSTODY/CLASS

Mr. SERRANO:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.


*M. Grannis* (signature)

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

"EMERGENCY FOOD"

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. _____ | | 1. _____ | _____ |
| 2. _____ | | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| G. I. Serrano, Sr. | P-42238 | N/A | B1-SAT2-10L |

**A. Describe Problem:** Mrs. Johnston, I was instructed to file a 602, against the staff which placed me on "C" status. Mrs. Johnston, on June 19, 07, I was placed on "C" status and moved to Unit One by you. However, on July 16, 07, almost a month later was taken to a 115 hearing for the alleged refusing to work issue. But, you had me on "C" Status, on July 19, 07, I completed the (30) days of "C" status. The only time a hearing can be delay up to 30 days, if the request to delay notification is approved by the Chief Disciplinary Officer and in writing (See Penal Code § 2932(c)(1)(B); 15 CCR § 3320(a)(1).)

If you need more space, attach one additional sheet.    "SEE ATTACHED"

**B. Action Requested:** (1) Grant my release from "C" status.

Inmate/Parolee Signature: _____    August 23, 07

**C. INFORMAL LEVEL (Date** _____ )

Staff Response: _____

As we discussed,
Your current counselor
CCI Macias-Graham, will do
your C UCC to remove
you from C-Status.
D. Johnston, CCI

Staff Signature: _____

RECEIVED OCT 12 2007 INMATE APPEALS BRANCH

**D. FORMAL LEVEL**    "INFORMAL LEVEL RESPONSE RECEIVED ON 8/28/07."
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Dissatisfied, I was instructed that you placed me on "C" status, you remove me from "C" status. This is only (60) days of "C" status. Next time, please use state informal level space, "especially for you."

Signature: _____    Date Submitted: 8/28/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

0710380

PROBLEM DESCRIPTION CONTINUED:

Mrs. Johnston, from June 19, 07, to July 19, 07, is 30 days. August 19, 07, is 60 days of "C" status, on the alleged refusing to work issue. In addition, I am been denied my access to the courts, can't go to the law library. On August 20, 07, this Unit was placed on lock-down, and 3 days with no showers. These are serious conditions and deprivations of basic human needs. The current punishment is physically and mentally harmful on a person who has nothing to do with the problem.

   The restriction of outdoor exercise combined with long lock-in times is a violation of the Eighth Amendment to the Const.

Sincerely:

Gilbert R. Serrano, Sr.,
   In propia persona.


August 23, 2007.

(1)

## FOLSOM STATE PRISON APPEALS SCREENING FORM

TO: _SERRANO_          _P. 42230_
     NAME                                        CDC#

ISSUE: _2_   AREA OF ORIGIN: _U-1_    REQUESTS: _REMOVAL FROM "C" STATUS_

PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS:

☐ 1. The action or decision being appealed is not within the jurisdiction of the department.
    ☐ Submit your appeal directly to your Parole Region.

☐ 2. You have submitted a duplicate appeal containing the same issue.
    ☐ Your first appeal is currently under review at the _____ level. Log # _____.
    ☐ Your first appeal has been completed at the_____ level.    Log # _____.
    ☐ Your first appeal was screened-out and returned to you with instructions.

☐ 3. Your appeal concerns an anticipated action or decision.

☐ 4. You have not attempted to resolve the grievance at the informal level. Obtain an informal response by sending your appeal directly to:

☐ 5. The appeal is incomplete or necessary supporting documents are not attached. *(If necessary, you may obtain copies of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)*
    ☐ CDCR-115 Hearing Officer's Results and Supplemental Reports (entire completed 115.)    ☐ CDCR 128G ICC/UCC/CSR
    ☐ CDCR 839/840 Classification/Reclassification Score Sheet    ☐ CDCR 114D Lock Up Order
    ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
    ☐ Trust Account Statement
    ☐ Purchase Receipt(s)
    ☐ Property Card
    ☐ CDCR-1083 Property Inventory Receipt
    ☐ CDCR 143 Property Transfer Receipt
    ☐ Cell Search Slip    ☐ Other:

☐ 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints. _____

☐ 7. The appeal is filed on behalf of another inmate or parolee.

☒ 8. Abuse of the Appeal Process:
    ☒ Inappropriate Statements. An appeal containing false information, profanity, or obscene language shall be rejected, per California Code of Regulations, Section 3084.4(b).
    ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c). Remove excess attachments and attach only one (1) additional written page (front and back).
    ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(4)(d):
        ☐ Failure to return requested documents:
    Other: _INMATE SERRANO - YOU ARE ONCE AGAIN BEING LESS-THAN-TRUTHFUL (i.e. LYING) IN YOUR APPEALS YOU ARE SUBMITTING. YOU WERE REMOVED FROM "C" STATUS ON 9/5/07 WITH AN EFFECTIVE DATE OF 8/23/07. YOU RESUBMITTED IT ON 9/21/07._
    ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
    ☐ This is a request for information; not an appeal. Use form GA-22, Inmate Request for Interview; Submit To: Or form CDCR-7362 Health Care Service Request. Submit CDCR-7362 Directly to Medical Department.
    ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period.
    ☐ You are attempting to change your original appeal issue.

☐ 9. Other:
    ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 1558. FSP APPEALS
    ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

D. P. Johnson, CCII
Appeals Coordinator

OCT 3 2007

PERMANENT ATTACHMENT
(rev 7/24/07)dp

CDCR FORM 695
FSP APPEALS OFFICE

STATE OF CALIFORNIA –DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

November 13, 2007

SERRANO, GILBERT, P42238
Folsom State Prison
P.O. Box 71
Represa, CA 95671

RE: IAB# 0710386       PROGRAM

Mr. SERRANO:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal was rejected, withdrawn or cancelled. If you disagree with that decision, contact the Appeals Coordinator. You must comply with instructions from that office.

Continued disregard of requests made by the Appeals Coordinator will result in your appeal being confiscated.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORN'A                                                              DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1 | F_f | 1 | |
| 2 | | 2 | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Gilbert I. Serrano, Sr. | P-42238 | N/A | B1-SAT2-10L |

**A. Describe Problem:** On August 28, 07, at approximately 1105am, I attended an interview with Mr. Johnson CCII, at the Appeals Coordinator's Office.  Mr. Johnson, stated that the attached 602, was false, because, I wrote the 602, on Friday, August 10, 07, however, I was wrong and is false when I added the violation after the submission of the 602.  First of all, Serrano wrote the 602, on Friday, August 10, 07, for the violation of the 4th.  But since it was the weekend Serrano had the 602, when on Saturday, August 11, 07, again he was denied the access to the Services.  Instead, of writing a new 602, Serrano, just added the new violation.

If you need more space, attach one additional sheet. [SEE ATTACHMENT "1"]

**B. Action Requested:** (1) Immediately restore my freedom to participate in my Catholic Services on Saturday and/or Sunday, please.  Thank you.
(2) The above mentioned Correctional Officers be investigated under DOM: 54100.
25.; 54100.25.1; 54100.25.2; 54100.25.3;  Effectively and immediately.

Inmate/Parolee Signature: _[signature]_                    Date Submitted: 8/28/2007.

**C. INFORMAL LEVEL (Date Received:** 8-30-07

Staff Response: _Appeal Granted. You will be allowed to attend religious services on the weekends provided your name is on the institutional unlock list to do so._

Staff Signature: _[signature]_                    Date Returned to Inmate: 8.30.07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Dissatisfied;  Mr. Johnson, has granted this 602, however, has removed the citizen's complaint.  In addition, has failed to submit a response to the 602's which were attached to this 602, from January thru August of 2007.  Please see attachment this is a citizen's complaint.

Signature: _[signature]_                    Date Submitted: 9/06/07.
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

07111386

PROBLEM DESCRIPTION CONTINUED:

If Mr. Johnson, is having a problem with this 602, then the present 602, is to correct the mistake, and to address the violation for him. Serrano was denied Religious Services On August 4, and 11, 2007. In violation of the Title 15, 3210(c)(d), and the Religious Freedom Restoration Act of 1993. Furthermore, in violation of the Free Exercise Clause, and the Guaranteed Protections of the First and Fourteenth Amendments to the U. S. Const. In addition, this 602, is a citizen's complaint against Mr. Johnson for failing to process the 602's from January 07, to August of 2007, please see some of the copies attached to this 602.

Sincerely

Gilbert F. Serrano, Sr.,
  In propia persona.

August 28, 2007.

P/s, Do not call me For Interview. Your Informal level Response is on the 602, As well As The Original Religious Services 602, This Goes over it.

(1)

THIS CONTINUES FROM SECTION "F".

It is very odd, that the attached 602, is under issue 9.  When issue 11, was submitted to the appeals office on 8/10/07.  Serrano is very dissatisfied with this entire legal problem.  First, Mr. Johnson, was not satisfied with the 602, submitted on 8/10/07, Serrano, wrote a new 602, on 8/28/07, and attached a copy of the previous 602.  Mr. Johnson, "granted" the 602.  Serrano, was not satisfied, because, Mr. Johnson, removed the Citizens' Complaint Form which was attached to the 602.  On 9/06/07, Serrano submitted the dissatisfaction and attached a copy of the citizens' complaint.  On September 26, 2007, Serrano, received the 602's issue 9, and issue 11.  However, with both 602's an abuse of the appeal process forms.  But, if this was an abused of the appeal process why did Mr. Johnson, failed to addressed the issue On 8/30/07, instead, he granted the 602... very odd!!!

    Mr. Johnson, is fully awared of the violations to ● ● ● ● ● Serrano, and he can correct the problems now or during the court proceedings. Because, it will be fixed.  In addition, Mr. Johnson, has failed to sign, print, and date the CDCR 1858 form.  The first time, he removed the form.  This time, has intentionally failed to sign the form, this is not a joke or a game.  He has from January thru August of 2007, numerous of non-processed 602's.


Sincerely submitted by:


Gilbert T. Serrano, Sr.,
  In Propia persona.

Gilbert I. Serrano, Sr.,
FSP, "Old Folsom."
P-42238-B1-SAT2-10L
P.O.Box 950
Folsom, Calif. 95763


Sunday, October 07, 2007


ATTN: Mr. N. GRANNIS, Chief.
Inmate Appeals Branch
1515 S. Street., P.O.Box 942883
Sacramento, Calif. 94283-0001

Dear Mr. Grannis,

This letter is to submit to you the attached 602.  Honestly, I don't

know what else to do?   In the last CDCR FORM 695, Mr. D. P. Johnson,

has stated that, he did not answer the 602, at the Informal Level.

He did not removed the Citizens' Complaint Form (CDCR-1858).   It

doesn't matter, the 602, was answered by the office where he is working

and could have signed the form at this time.   Instead, he just states

that Mr. Serrano, "You are once again being less than truthful."

    Mr. Grannis, I will wait for your response on these two letters

submitted to your office.   Also, I do know that an action must be

seriously taken in this matter.   Again, thank you in advanced for

your full assistance in this matter.

Sincerely:



Gilbert I. Serrano, Sr.,
In propia persona.


(1)

FOLSOM STATE PRISON APPEALS SCREENING FORM

TO: _SERRANO_____    _P-42238_____
         NAME                                                    CDC#

ISSUE: __9__   AREA OF ORIGIN: __U-3__   REQUESTS: _RELIGIOUS SERVICES_____

PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS:

☐ 1. The action or decision being appealed is not within the jurisdiction of the department.
    ☐ Submit your appeal directly to your Parole Region.

☐ 2. You have submitted a duplicate appeal containing the same issue.
    ☐ Your first appeal is currently under review at the _____ level. Log # _____.
    ☐ Your first appeal has been completed at the _____ level.   Log # _____.
    ☐ Your first appeal was screened-out and returned to you with instructions.

☐ 3. Your appeal concerns an anticipated action or decision.

☐ 4. You have not attempted to resolve the grievance at the informal level. Obtain an informal response by sending your appeal
    directly to:

☐ 5. The appeal is incomplete or necessary supporting documents are not attached. *(If necessary, you may obtain copies of requested*
*documents by sending your request with a signed trust withdrawal form to the Records Office.)*
    ☐ CDCR-115 Hearing Officer's Results and Supplemental Reports (entire completed 115.)    ☐ CDCR 128G ICC/UCC/CSR
    ☐ CDCR 839/840 Classification/Reclassification Score Sheet    ☐ CDCR 114D Lock Up Order
    ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
    ☐ Trust Account Statement
    ☐ Purchase Receipt(s)
    ☐ Property Card
    ☐ CDCR-1083 Property Inventory Receipt
    ☐ CDCR 143 Property Transfer Receipt
    ☐ Cell Search Slip    ☐ Other:

☐ 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time
    constraints. _____

☐ 7. The appeal is filed on behalf of another inmate or parolee.

☒ 8. Abuse of the Appeal Process:
    ☒ Inappropriate Statements. An appeal containing false information, profanity, or obscene language shall be rejected, per
    California Code of Regulations, Section 3084.4(b).
    ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation,
    per CCR 3084.4(c). Remove excess attachments and attach only one (1) additional written page (front and back).
    ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR
    3084.4(4)(d):
        ☐ Failure to return requested documents:
    Other: MR. SERRANO, YOU ARE ONCE AGAIN BEING LESS THAN TRUTHFUL. I (MR. JOHNSON) DID NOT ANSWER YOUR
    APPEAL AT THE INFORMAL LEVEL. I DID NOT REMOVE A CITIZEN'S COMPLAINT FORM FROM YOUR APPEAL.

    ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
    ☐ This is a request for information; not an appeal. Use form GA-22, Inmate Request for Interview. Submit To:
    Or form CDCR-7362 Health Care Service Request. Submit CDCR-7362 Directly to Medical Department.
    ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period.
    ☐ You are attempting to change your original appeal issue.

☐ 9. Other:
    ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05/03.
    ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

D. P. Johnson, CCII
Appeals Coordinator

FSP APPEALS
OCT 4 2007

PERMANENT ATTACHMENT
(rev 7/24/07)dp

CDCR FORM 695

FOLSOM STATE PRISON APPEALS SCREENING FORM

TO: __SERRANO__                                 __P·42238__
         NAME                                           CDC#

ISSUE: __9__    AREA OF ORIGIN: __U-1__    REQUESTS: __RELIGIOUS SERVICES__

PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS:

☐ 1. The action or decision being appealed is not within the jurisdiction of the department.
    ☐ Submit your appeal directly to your Parole Region.

☐ 2. You have submitted a duplicate appeal containing the same issue.
    ☐ Your first appeal is currently under review at the _____ level. Log # _____.
    ☐ Your first appeal has been completed at the_____ level.    Log # _____.
    ☐ Your first appeal was screened-out and returned to you with instructions.

☐ 3. Your appeal concerns an anticipated action or decision.

☐ 4. You have not attempted to resolve the grievance at the informal level. Obtain an informal response by sending your appeal directly to:

☐ 5. The appeal is incomplete or necessary supporting documents are not attached. *(If necessary, you may obtain copies of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)*
    ☐ CDCR-115 Hearing Officer's Results and Supplemental Reports (entire completed 115.)   ☐ CDCR 128G ICC/UCC/CSR
    ☐ CDCR 839/840 Classification/Reclassification Score Sheet   ☐ CDCR 114D Lock Up Order
    ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
    ☐ Trust Account Statement
    ☐ Purchase Receipt(s)
    ☐ Property Card
    ☐ CDCR-1083 Property Inventory Receipt
    ☐ CDCR 143 Property Transfer Receipt
    ☐ Cell Search Slip   ☐ Other:

☐ 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints. _____

☐ 7. The appeal is filed on behalf of another inmate or parolee.

☒ 8. Abuse of the Appeal Process:
    ☐ Inappropriate Statements. An appeal containing false information, profanity, or obscene language shall be rejected, per California Code of Regulations, Section 3084.4(b).
    ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c). Remove excess attachments and attach only one (1) additional written page (front and back).
    ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(4)(d):
      ☐ Failure to return requested documents:
    Other: _____

    ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
    ☐ This is a request for information; not an appeal. Use form GA-22, Inmate Request for Interview: Submit To:
    Or form CDCR-7362 Health Care Service Request. Submit CDCR-7362 Directly to Medical Department.
    ☒ You may only submit one (1) non-emergency appeal within a seven-calendar day period.
    ☐ You are attempting to change your original appeal issue.

☐ 9. Other:
    ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05/03.
    ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

FSP APPEALS

SEP 24 2007

D. P. Johnson, CCII
Appeals Coordinator

PERMANENT ATTACHMENT
(rev 7/24/07)dp

CDCR FORM 695
FSP APPEALS OFFICE

## INMATE/PAROLEE
**APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Gilbert I. Serrano, Sr. | P-42238 | N/A | B1-SAT2-10L |

**A. Describe Problem:** On Saturday, August 04, 2007, I, Gilbert Israel Serrano, Sr., was denied the access to attend my Catholic Religious Services. Correctional Officers Tunstall and Foat, stated that the order came directly from Sergeant Frankina. Title 15, 3210(c)(d), is clear on the religious issue. In addition, The Religious Freedom Restoration Act is clear as well on the issue. This statute, which was passed in late (1993), has clearly discussed The Religious Freedom Act. Furthermore, people who directly participate in constitutional violations may be liable for their own actions, as well as the person(s) which

If you need more space, attach one additional sheet. ("PLEASE SEE ATTACHED")

**B. Action Requested:** (1) Immediately restore my freedom to participate in my Catholic Services and on Sundays please... Thank you.
(2) The above mentioned Correctional Officers be investigated under DOM: 54100. 25; 54100.25.1; 54100.25.2; 54100.25.3., Immediately and effectively...
... Thank you.

Inmate/Parolee Signature: _[signature]_     Date Submitted: August 10, 07.

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____ Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Dissatisfied, because the above staff has failed to meet time constraints as described in Title 15, 3084.6(b).

_____

Signature: _[signature]_     Date Submitted: 8/28/2007.

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

PROBLEM DESCRIPTION CONTINUED:

gave the orders.   The Religious Freedom Act Provides, The Free

Exercise of Religion.   This freedom is well protected by the First

and the Fourteenth Amendments to the United States Constitution,

which protects the "free exercise" of religion.   The Supreme Court

has held that **reasonable opportunities must be afforded to all

prisoners to exercise the religious freedom guaranteed by the First

and Fourteenth Amendments without fear of penalty."

The mentioned staff, have violated Gilbert I. Serrano, Sr., Rights

guaranteed by the First and Fourteenth Amendments to the United

States Constitution.   The exercise of religion is a protected

exercise under protected beliefs by the Free Exercise Clause, courts

have addressed fundamental and ultimate questions on the constitutional

violation of The Freedom of Religion.   Moreover, in (1993), Congress

passed The Religious Freedom Restoration Act (RFRA) Which provides

greater protection for citizen's religious rights than the previous

courts protections. (Days denied are August 4th., and 11th., day of 07).

     Finally, I, Gilbert I. Serrano, Sr., Request the copy of this

602, with the log number, at the same time request the logging numbers

of previous 602's.........;  Thank you in advanced for your full

cooperation in this matter.

Sincerely submitted by:

Gilbert I. Serrano, Sr.,
   In propia persona.

Friday, August 10. 2007.

(1)

State of California                                                                            Department of Corrections and Rehabilitation

# MEMORANDUM

Date      :   June 25, 2007

To        :   Unit Captains, Lieutenants, Sergeants, Correctional Officers

From      :   Correctional Captain M. Williams, T. Maguire, L. West, Chaplains
              Folsom State Prison - Represa, CA 95671

Subject : RELIGIOUS UNLOCKS FOR UNASSIGNED INMATES

Saturday is the day of worship for some unassigned inmates. Sunday is the day of worship for other unassigned inmates. The Book(s) to which they appeal for their religious authority mandates worship on Saturdays for some and worship on Sundays for others. These individuals *cannot* satisfactorily comply with their religious standard by worshipping on a weekday.

Unassigned inmates, whose names appear on a religious service unlock list, are to be permitted to attend that worship service, either on Saturday or Sunday but not both, in keeping with facility security.

"Insofar as possible, other facility activities shall be planned so as not to conflict with or disrupt scheduled religious services."

CCR TITLE 15, CHAPTER 1, SUBCHAPTER 3, ARTICLE 1, 3210(a), 3210(c).


_____        _____        _____        _____
Thomas Maguire                  Date           Larry West                      Date
*Catholic Chaplain*                            *Christian Chaplain*


              _____        _____
              M. Williams                     Date
              *Correctional Captain*

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)


# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

*Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:*

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| Gilbert I. Serrano, Sr. | | 8/28/2007 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE SIGNATURE | CDC NUMBER | DATE SIGNED |
| Gilbert I. Serrano, Sr. | | P-42238 | 8/28/2007 |
| RECEIVING STAFF'S SIGNATURE | RECEIVING STAFF'S PRINTED NAME | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL –
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY – Complainant

## FOLSOM STATE PRISON APPEALS SCREENING FORM

TO: __SERRANO__                                    __P. 42238__
        NAME                                                CDC#

ISSUE: __11__    AREA OF ORIGIN: __U-1__    REQUESTS: __Access To Religious Services__

### PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS:

☐ 1. The action or decision being appealed is not within the jurisdiction of the department.
    ☐ Submit your appeal directly to your Parole Region.

☐ 2. You have submitted a duplicate appeal containing the same issue.
    ☐ Your first appeal is currently under review at the _____ level. Log # _____.
    ☐ Your first appeal has been completed at the_____ level.    Log # _____.
    ☐ Your first appeal was screened-out and returned to you with instructions.

☒ 3. Your appeal concerns an anticipated action or decision.

☐ 4. You have not attempted to resolve the grievance at the informal level. Obtain an informal response by sending your appeal directly to:

☐ 5. The appeal is incomplete or necessary supporting documents are not attached. *(If necessary, you may obtain copies of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)*
    ☐ CDCR-115 Hearing Officer's Results and Supplemental Reports (entire completed 115.)    ☐ CDCR 128G ICC/UCC/CSR
    ☐ CDCR 839/840 Classification/Reclassification Score Sheet    ☐ CDCR 114D Lock Up Order
    ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
    ☐ Trust Account Statement
    ☐ Purchase Receipt(s)
    ☐ Property Card
    ☐ CDCR-1083 Property Inventory Receipt
    ☐ CDCR 143 Property Transfer Receipt
    ☐ Cell Search Slip    ☐ Other:

☐ 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints. _____.

☐ 7. The appeal is filed on behalf of another inmate or parolee.

☒ 8. Abuse of the Appeal Process:
    ☐ Inappropriate Statements. An appeal containing false information, profanity, or obscene language shall be rejected, per California Code of Regulations, Section 3084.4(b).
    ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c). Remove excess attachments and attach only one (1) additional written page (front and back).
    ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(4)(d):
        ☐ Failure to return requested documents.
    ☐ Other: __Inmate Serrano states date denied access was August 11, 2007.__
    __Appeal is dated August 10, 2007. During interview, Inmate Serrano__
    __admitted writing appeal on August 10, 2007.__
    ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
    ☐ This is a request for information; not an appeal. Use form GA-22, Inmate Request for Interview: Submit To:
    Or form CDCR-7362 Health Care Service Request. Submit CDCR-7362 Directly to Medical Department.
    ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period.
    ☐ You are attempting to change your original appeal issue.

☐ 9. Other:
    ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05/02.
    ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal:

D. P. Johnson, CCII
Appeals Coordinator

SEP 24 2007

PERMANENT ATTACHMENT
(rev 7/24/07)dp

CDCR FORM 695
FSP APPEALS OFFICE

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

*ATTACHMENT*

Location: Institution/Parole Region _____  Log No. 1. _____  2. _____  Category _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Gilbert I. Serrano, Sr. | P-42238 | N/A | B1-SAT2-10L |

**A. Describe Problem:** On Saturday, August 04, 2007, I, Gilbert Israel Serrano, Sr., was denied the access to attend my Catholic Religious Services. Correctional Officers Tunstall and Foat, stated that the order came directly from Sergeant Frankina. Title 15, 3210(c)(d), is clear on the religious issue. In addition, The Religious Freedom Restoration Act is clear as well on the issue. This statute, which was passed in late (1993), has clearly discussed The Religious Freedom Act. Furthermore, people who directly participate in constitutional violations may be liable for their own actions, as well as the person(s) which

If you need more space, attach one additional sheet.     ("PLEASE SEE ATTACHED")

**B. Action Requested:** (1) Immediately restore my freedom to participate in my Catholic Services and on Sundays please... Thank you.
(2) The above mentioned Correctional Officers be investigated under DOM: 54100. 25; 54100.25.1; 54100.25.2; 54100.25.3., Immediately and effectively...
... Thank you.

Inmate/Parolee Signature: _____     Date Submitted: August 10, 07

**C. INFORMAL LEVEL (Date Received:** _____ )

Staff Response: _____

RECEIVED
INMATE APPEALS BRANCH
OCT 12 2007

Staff Signature: _____     Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

**PROBLEM DESCRIPTION CONTINUED:**

gave the orders.    The Religious Freedom Act Provides, The Free

Exercise of Religion.    This freedom is well protected by the First

and the Fourteenth Amendments to the United States Constitution,

which protects the "free exercise" of religion.    The Supreme Court

has held that **reasonable opportunities** must be afforded to all

prisoners to exercise the religious freedom guaranteed by the First

and Fourteenth Amendments without fear of penalty."

The mentioned staff, have violated Gilbert I. Serrano, Sr., Rights

guaranteed by the First and Fourteenth Amendments to the United

States Constitution.    The exercise of religion is a protected

exercise under protected beliefs by the Free Exercise Clause, courts

have addressed fundamental and ultimate questions on the constitutional

violation of The Freedom of Religion.    Moreover, in (1993), Congress

passed The Religious Freedom Restoration Act (RFRA) Which provides

greater protection for citizen's religious rights than the previous

courts protections. (Days denied are August 4th., and 11th., day of 07).

Finally, I, Gilbert I. Serrano, Sr., Request the copy of this

602, with the log number, at the same time request the logging numbers

of previous 602's..........;  Thank you in advanced for your full

cooperation in this matter.

Sincerely submitted by:


Gilbert I. Serrano, Sr.,
    In propia persona.

Friday, August 10, 2007.

STATE OF CALIFORNIA -DEPARTMENT OF CORRECTIONS AND REHABILITATION                          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

November 13, 2007

SERRANO, GILBERT, P42238
Folsom State Prison
P.O. Box 71
Represa, CA 95671

RE: IAB# 0710372        DISCIPLINARY

Mr. SERRANO:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

Your appeal is incomplete, please include the following supporting documentation:

- CDC Form 602, Inmate/Parolee Appeal Form ORIGINAL
- Second Level of Review Decision Letter

This is the second time the Inmate Appeals Branch (IAB) has received your appeal without the original 602 form and the Second Level of Review decision. Continued disregard for IAB directives will result in your appeal being cancelled and confiscated.

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Gilbert I. Serrano, Sr. | P-42238 | N/A | B1-SAT2-10L |

A. Describe Problem: On March 12, 07, Serrano injured his right hand wrist and finger, but reported to the yard crew assignment. C/O. Mcguire fired Serrano for not being able to perform the yard crew duties. C/O. Estrada, confiscated the work card. On June 15, 07, C/O. Mcguire, had a clerk typed a CDCR-115, against Serrano for Refusing to Work. On June 19, 07, Serrano at Classification was for Annual and Program Review, Removal from Program, and placed on "C" status. On September 05, 07, Mrs. Macias-Graham, removed Serrano from "C" status. Serrano, has participated in numerous of programs in his (8) years, even in this prison,

If you need more space, attach one additional sheet.    "SEE ATTACHMENT".

B. Action Requested: (1) CDCR-115, be dismissed and removed from Inmate Serrano's "C" file.

(2) Damages be awared for the violation of (77) days in "C" status.

Inmate/Parolee Signature: _[signature]_    Date Submitted: 9/08/2007

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

"BY PASS"

INMATE APPEALS BRANCH    OCT 12 2007    RECEIVED

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

"BY PASS"    0710372

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

### INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



September 20, 2007


SERRANO, GILBERT, P42238
Folsom State Prison
P.O. Box 71
Represa, CA  95671


RE: IAB# 0705185          STAFF COMPLAINTS

Mr. SERRANO:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.
Only the original appeal form is accepted at the Director's Level of Review.  If you do not have the original appeal, see your Appeals Coordinator for a replacement "Treat as Original" copy.



*Ur. Srani*

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

Gilbert I. Serrano, Sr.,
FSP, "Old Folsom."
P-42238-B1-SAT2-10L
P.O.Box 950
Folsom, Calif. 95763


Friday, October 05, 2007.


ATTN: Mr. N. GRANNIS, Chief.
Inmate Appeals Branch
1515 S. Street., P.O.Box 942883
Sacramento, Calif. 94283-0001

Dear Mr. Grannis,

I just received your letter of September 20, 2007. Staff complaints
IAB#0705185.  You welcome, I am trying to use the Inmate Appeals
responsibly Mr. Grannis, however, is not working for me.

   Mr. Grannis, you stated in your letter that the CDCR-602, Inmate
Appeal Form, must be completed through the Second Level of Review on
behalf of the Warden or Parole Region Administrator.  This procedure
is impossible in this institution Mr. Grannis.

   Please be advised, that every single 602, is answered in the
first level or a CDCR-FORM-695, is attached to the complaint.!!!
I'm attaching copies to prove to you these type of practices by the
FSP, Institution.  I will wait for your response, however, if you
can't help, I must move on, because, criminal activity will only stop,
when we can elect better officials.  Thank you in advanced for your
full assistance in this matter.

Sincerely,

Gilbert I. Serrano, Sr.,
In propia persona.

                    (1)

FOLSOM STATE PRISON APPEALS SCREENING FORM

TO: **SERRANO**     NAME          **P.42238** CDC#

ISSUE: **1**   AREA OF ORIGIN: **U-1**   REQUESTS: **115 Dismissed**

PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS:

☐ 1. The action or decision being appealed is not within the jurisdiction of the department.
     ☐ Submit your appeal directly to your Parole Region.

☐ 2. You have submitted a duplicate appeal containing the same issue.
     ☐ Your first appeal is currently under review at the _____ level. Log # _____
     ☐ Your first appeal has been completed at the _____ level.  Log # _____
     ☐ Your first appeal was screened-out and returned to you with instructions.

☐ 3. Your appeal concerns an anticipated action or decision.

☐ 4. You have not attempted to resolve the grievance at the informal level. Obtain an informal response by sending your appeal directly to:

☒ 5. The appeal is incomplete or necessary supporting documents are not attached. *(If necessary, you may obtain copies of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)*
     ☒ CDCR-115 Hearing Officer's Results and Supplemental Reports (entire completed 115.)    ☐ CDCR 128G ICC/UCC/CSR
     ☐ CDCR 839/840 Classification/Reclassification Score Sheet    ☐ CDCR 114D Lock Up Order
     ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
     ☐ Trust Account Statement
     ☐ Purchase Receipt(s)
     ☐ Property Card
     ☐ CDCR-1083 Property Inventory Receipt
     ☐ CDCR 143 Property Transfer Receipt
     ☐ Cell Search Slip   ☐ Other:

☐ 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints. _____

☐ 7. The appeal is filed on behalf of another inmate or parolee.

☐ 8. Abuse of the Appeal Process:
     ☐ Inappropriate Statements. An appeal containing false information, profanity, or obscene language shall be rejected, per California Code of Regulations, Section 3084.4(b).
     ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c). Remove excess attachments and attach only one (1) additional written page (front and back).
     ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(4)(d):
         ☐ Failure to return requested documents:
     Other: _____

     ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
     ☐ This is a request for information; not an appeal. Use form GA-22, Inmate Request for Interview. Submit To:
     Or form CDCR-7362 Health Care Service Request. Submit CDCR-7362 Directly to Medical Department.
     ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period.
     ☐ You are attempting to change your original appeal issue.

☐ 9. Other:
     ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05703.
     ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

D. E. Johnson, CCII
Appeals Coordinator

SEP 2 4 2007

STV

PERMANENT ATTACHMENT

CDCR FORM 695

PROBLEM DESCRIPTION CONTINUED:

has performed his best.  C/O. Mcguire failed in many ways to perform
his duties and a clerk typed his CDCR-115, late.  Serrano was fired on
March of 2007.  Serrano, is not a program failure.  He was a working
person on the outside world, father, and son, had a good business until
this system on false allegations destroyed Serrano, program failure, he
is not.  Furthermore, the Title 15, is clear on people who are program
failures.  Please see the facts, the attachments, and see the truth.

> "A guilty finding for 2 Serious RVR'S or 1 Serious and 2
> administrative RVR'S, within a 180 days period is reason-
> able evidence of a significant disciplinary history."

C/O. Mcguire, wrote or had someone write a CDCR-115, against Serrano
on his own failures, and Classification Committee illegaly placed inmate
Serrano on "C" status, "again" violating Serrano, and the clear rules
of April 12, 2004, to all the CDCR Staff.  The punishment that Serrano
has suffered in the hands of CDCR Staff, is against the state, and
federal laws, and in violation of the United States Constitution...
... See the Eighth Amendment to the U. S. Constitution.

Sincerely,

Gilbert R. Serrano, Sr.,
   In propia persona.


Saturday, September 08, 2007.

( 1 )

STATE OF CALIFORNIA

# RULES VIOLATION REPORT

DEPARTMENT OF CORRECTIONS

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|

| VIOLATED RULE NO(S). | SPECIFIC ACTS | | LOCATION | DATE | TIME |
|---|---|---|---|---|---|

CIRCUMSTANCES

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| ▶ | | | | |

| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|---|
| ▶ | | | DATE _____ LOC _____ | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE | | 6-18-07 | ▶ | |
| ☐ SERIOUS | | | | ☐ HO  ☐ SHO  ☐ SC  ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| ☐ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | ▶ | | | | | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
| _____ | ▶ | | | ▶ | | |

HEARING

REFERRED TO ☐ CLASSIFICATION    ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | | DATE | TIME |
|---|---|---|---|---|

| REVIEWED BY: (SIGNATURE) | | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|---|
| ▶ | | | ▶ | |

| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
|---|---|---|---|---|
| | ▶ | | | |

CDC 115 (7/88)

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S) | DATE | INSTITUTION | LOG NO |
|---|---|---|---|---|---|
| | | | | | |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | | | |
|---|---|---|---|
| ☐ **I DO NOT REQUEST** my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ▶ | DATE | |
| ☐ **I REQUEST** my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ▶ | DATE | |
| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION | | |
| ☐ **I REVOKE** my request for postponement. | INMATE'S SIGNATURE ▶ | DATE | |

## STAFF ASSISTANT

STAFF ASSISTANT
☐ REQUESTED ☐ WAIVED BY INMATE

| | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|
| ☐ ASSIGNED | DATE / NAME OF STAFF | |
| ☐ NOT ASSIGNED | REASON | |

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE
☐ REQUESTED ☐ WAIVED BY INMATE

| | INMATE'S SIGNATURE ▶ | DATE |
|---|---|---|
| ☐ ASSIGNED | DATE / NAME OF STAFF | |
| ☐ NOT ASSIGNED | REASON | |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE ☐ STAFF ASSISTANT ☐ INVESTIGATIVE EMPLOYEE ☐ OTHER _____ ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| INVESTIGATOR'S SIGNATURE ▶ | DATE |
|---|---|
| | |

| ☐ COPY OF CDC 115-A GIVEN INMATE | BY (STAFF'S SIGNATURE) ▶ | TIME | DATE |
|---|---|---|---|

CDC 115-A (7/88)

# NOTICE OF CLASSIFICATION

DEPARTMENT OF CORRECTIONS
CDC 128H (4-88)

| INMATE'S NAME | NUMBER: | DATE: |
|---|---|---|
| KIDD, M. | P-12338 | 6-1(?-0?) |

YOU WILL APPEAR BEFORE A CLASSIFICATION COMMITTEE ON, OR ABOUT _____ 6-16-0? FOR CONSIDERATION OF A
MAJOR PROGRAM CHANGE AS FOLLOWS:

☑ ANNUAL REVIEW   ☐ TRANSFER   ☐ CUSTODY REDUCTION   ☑ REMOVAL FROM PROGRAM

☑ PROGRAM REVIEW   ☐ POST BOARD REVIEW   ☐ CUSTODY INCREASE   ☐ OTHER: _____

You are scheduled to appear before Unit Classification Committee on the above date for the purpose noted above. You have the right
to appear in person before this committee and you have the right to 72 hours advanced notice prior to Committee proceedings. If you
desire to waive your right to either a personal appearance and/or 72 hours advanced notice, you may do so by completing and signing
the following statement.

I have discussed my program with my counselor and understand the reason for the hearing. ~~I do not desire to attend the hearing.~~ I
~~waive the following:~~   Unknown to the inmate at this time

[signature]

_____   _____
[signature]          Date            D. Johnston, CC I

FSP

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS
**INMATE PRIORITY PASS**                        CDC 129(7/88)

| INMATE'S NAME | CDC #: | HOUSING: |
|---|---|---|
| **SERRANO** | **P42238** | **B1SAT210L** |

| ASSIGNMENT #: | DATE: | APPROVED BY: |
|---|---|---|
| | **09-04-07** | C/Lt |

| PASS TO: | DATE: | TIME: |
|---|---|---|
| **Unit 1 Counselor Center** | **9/5/07** | **1300** |

REASON:
**Interview**

| ARRIVAL TIME: | RECORDED BY: |
|---|---|
| | |

| DEPART TO: | TIME: | RECORDED BY: |
|---|---|---|
| | | |

---

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS
**INMATE PRIORITY PASS**                        CDC 129(7/88)

| INMATE'S NAME | CDC #: | HOUSING: |
|---|---|---|
| **SERRANO** | **P42238** | **B1SAT210L** |

| ASSIGNMENT #: | DATE: | APPROVED BY: |
|---|---|---|
| | **09-05-07** | C/Lt |

| PASS TO: | DATE: | TIME: |
|---|---|---|
| **Unit 1 Counselor Center** | **9/6/07** | **1000** |

REASON:
**Interview**

| ARRIVAL TIME: | RECORDED BY: |
|---|---|
| | |

| DEPART TO: | TIME: | RECORDED BY: |
|---|---|---|
| | | |

2004 TUE 05:21 PM CORR CSD

of California                                                                              Department of Correction

**memorandum**

April 12, 2004

Regional Administrators-Institutions Division
Wardens
Classification And Parole Representatives
Classification Staff Representatives
Correctional Counselor IIIs/Reception Centers
Case Records Managers

## INMATE WORK TRAINING INCENTIVE GROUPS AND RULES VIOLATION REPORTS

On January 9, 2004, as a result of the new Bridging Education Program, amendments to Sections 3000, 3005, 3044, 3062, 3314, 3315, 3323, and 3376 of the California Code of Regulations (CCR), Title 15, became effective as emergency regulations after being approved by the Office of Administrative Law and being filed with the Secretary of State. The purpose of this memorandum is to provide guidance for implementation of these regulations.

Classification Committees will now have the option of assigning inmates to Work Group/Privilege Group (WG/PG) C for non-work-related behavior when the inmates are deemed a program failure based on the amendments to CCR Sections 3044(b)(5) and 3044(f). CCR Section 3000 has been amended to define "program failure" as any inmate who generates a significant disciplinary history within 180 days of the date of discovery for the most current Rules Violation Report (RVR). A guilty finding for 2 Serious RVRs or 1 Serious and 2 Administrative RVRs, within a 180-day period is reasonable evidence of a significant disciplinary history, and would allow the inmate to be considered a program failure. In addition to establishing the authority to assign WG/PG C for non-work-related behavior, these amendments also require inmates to remain in WG/PG C for a minimum of 30 days before they can request to be considered for removal.

When determining whether placement into WG/PG C is warranted as a result of being deemed a program failure, the Classification Committee shall only consider RVRs for misconduct that occurred on or after January 9, 2004. When establishing the 180-day time frame, the date of the discovery for any RVR being considered for program failure must be on or after January 9, 2004. In addition, the 180-day time frame must be a continuous block of time during the current term or parole revocation period. Therefore, blocks of time and RVRs occurring between parole periods cannot be added up to equal the 180-day time frame and the number of RVRs required to qualify for program failure. Classification Committees shall continue to consider all work-related disciplinary infractions, regardless of the date received, when considering placing an inmate on WG/PG C for negative work-related behavior.



Calbert I. Swab, &r. (D-42380)
FSP "Old Folsom" (81-82-09).
P. O. Box 950
Folso

SPA

PRIORITY
MAIL

RECEIVED
DEC 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071

"Legal Mail"

Attn: Clerk of the Court
Mr. Richard W. Wieking.
Northern District of California.
450 Golden Gate, Av.
San Francisco, Calif. 94102.

$ 04.60°

MAILED FROM ZIP CODE 95672