Gilbert I. Serrano, Sr./P-42238
FSP, "Old Folsom." (B5/BA2-23UP).
P. O. Box 950
Folsom, Calif. 95763



FILED
JAN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Wednesday, January 23, 2008.

ATTN: Clerk of the Court
Office of the Clerk, U. S.
District Court for the Northern
District of California.
1301 Clay St., Suite 400S.
Oakland, Calif. 94612-5212


RE: GILBERT I. SERRANO, SR., V. C. B. ROMO, et al., DEFENDANTS,
     CASE NUMBER C-07-05287-SBA(PR).

Dear clerk of the court,
As you know, I am not an attorney at law, in fact, I am a lay-
-man at law, and for the same reason I've requested assistance
from this court. The legal offices and organizations have denied
my request for one reason or another they're not able to provide
legal assistance in my situation. The matter is at the mercy
of the court ("Magistrate Judge"), to appoint counsel in my
case. In the mean-time, I want to follow the court and the
judge's rules, to the best I can, for the same reason can you
please submit the following:
   1) The Federal Rules of Civil Procedure ("Fed. R. Civ.
P.). Please make sure, that the edition of the rules is current.
   2) The local rules that you and the judge apply to your
civil court cases.

(1)

( Page 2 of 2 ).

    3) Does the Magistrate Judge, have her individual rules of practice?  Are they difficult to follow?  Could you please include a copy as well?

    4) I am aware that some federal courts, are different from other courts and from state to state.  In other-words, does the Magistrate Judge have "Civil Justice Delay and Expense Reduc--tion Plans," if she does or my case is under the rules mentioned in this letter, <u>please</u>, submit the copies that apply to the case and will give me the opportunity to learn about this court's proceedings.

    5) On January 17, 2008, Plaintiff's Application for In Forma Pauperis was granted.  Could you please serve the Summons and Complaint upon the defendants?  Please take note, that the plaintiff, is currently on lock-down due to incidents in the FSP, population of <u>"Old</u> <u>Folsom."</u>
Thank you in advanced for your full assistance in this matter.

<u>Truly yours:</u>

*[signature]*
Gilbert I. Serrano, Sr.
In propia persona.

# PROOF OF SERVICE BY MAIL

I, _____, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: _____
MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON _____, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

_____

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

United States District Court for the
Northern District of California.
1301 Clay Street, Suite 400S.
Oakland, Calif. 94612-5212

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED _____, AT FOLSOM, CALIFORNIA..

_____
&lt;signature here&gt;

**Folsom State Prison**
P.O. Box 715071
Represa, CA 95671

NAME: Gilbert I. Serrano, Sr.,

CDCR#: P-42238  Bldg/Bed: B5 - BA2- 23UP

**STATE PRISON GENERATED MAIL**

ADDRESS TO:
P.O. BOX 715071 Letter, Photos, Statements only.
P.O. BOX 1790 Money Orders only.
P.O. BOX 950 Legal Mail only.

**PRISON GENERATED MAIL**
**FOLSOM STATE PRISON**
PO BOX 715071
REPRESA CA 95671

US POSTAGE $00.58
JAN 24 2008
MAILED FROM ZIP CODE 95672
0004219402

"CONFIDENTIAL AND LEGAL MAIL"

ATTN: Mr. Richard W. Wieking, Jr., Clerk And/or
Ms. Lisa R. Clark, Deputy Clerk.
United States District Court for the
Northern District of California.
1301 Clay Street, Suite 400S.
Oakland, California 94612-5212

94612#5212 C037

FSP41-0077