Gilbert I. Serrano, Sr./P-42238
FSP, "Old Folsom." (B5/BA2-23UP).
P. O. Box 950
Folsom, Calif. 95763

FILED
2008 JAN 29 PM 3:19
CLERK
NORTHERN DISTRICT OF CALIFORNIA

Friday, January 25, 2008.

Gilbert I. Serrano, Sr.,
In propia persona.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| Gilbert I. Serrano, Sr., ) | Case number: C-07-5287-SBA(PR). |
| Plaintiff, ) | |
| ) | |
| ) | DISCOVERY MOTION TO REQUEST |
| ) | AND TO SEEK THE PRESENT OR |
| V. ) | LAST KNOWN ADDRESSES OF ALL |
| ) | THE NAMED DEFENDANTS IN THIS |
| ) | CASE. |
| ) | |
| C. B. Romo, et al., ) | |
| Defendants. ) | |

  The plaintiff moves this honorable court pursuant to rules 34(b) and 37(a), Fed. R. Civ. P., for an order compelling the defendants to produce to the court, the plaintiff and/or directly to the U. S. Marshal's Office the present or last known addresses.

(1)

PLEASE TAKE NOTICE: That the defendants are not yet served. The plaintiff your honor, does not personally need or want the infor--mation, but this information is needed by the U. S. Marshal's Office, to effectively complete the service of the Summons and Complaint.

If the defendants prefer and is acceptable by this court, defendants can directly provide the information to the U. S. Marshal's Office.

If the defendants do not agree to this, at the very least, they can provide the information to this court, and the court can give the information to the U. S. Marshal's Office.

Your honor, problems arises when the U. S. Marshal's Office, is trying to serve them, and the defendants are no longer at the prison. For example; they are on sick leave, retired, resigned or have transferred to another institution or another place of employment, of course, within the same CDCR.

In this case, some of the defendants are not at their regular post. Before the remaining defendants decide to leave, please your honor grant this motion and submit an order to the litigation department or directly to the Warden, to provide the full information of all the named defendants in this case. Thank you in advanced for your prompt response in this matter. Sincerely and respectfully submitted by:

Gilbert V. Serrano, Sr.,
In propia persona.

# PROOF OF SERVICE BY MAIL

I, _____, AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.

MY PRISON NUMBER IS: _____
MY PRISON ADDRESS IS; **P.O. BOX 950, Folsom, Ca. 95763**

ON _____, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

_____
_____

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

_____
_____
_____
_____
_____

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED _____, AT FOLSOM, CALIFORNIA..

Case 4:07-cv-05287-SBA   Document 9   Filed 01/29/2008   Page 4 of 4




Folsom State Prison
P.O. Box 715071
Represa, CA 95671

NAME: Gilbert I. Serrano, Sr.,
CDCR#P-42238   Bldg/Bed: B5 - BA2-23UP

**STATE PRISON
GENERATED MAIL**

ADDRESS TO:
P.O. BOX 715071 Letter, Photos, PRISON GENERATED MAIL
P.O. BOX 1790 Money Orders only. FOLSOM STATE PRISON
P.O. BOX 950 Legal Mail only.   PO BOX 715071
REPRESA CA 95671

$ 00.58⁰  JAN 28 2008
MAILED FROM ZIP CODE 95672

"CONFIDENTIAL AND LEGAL MAIL"

ATTN: Mr. Richard W. Wieking, Clerk.
Northern District of California
1301 Clay Street, Suite 400S.
Oakland, Calif. 94612-5212

FSP41-0077