Gilbert I. Serrano, Sr./P-42238
FSP, "Old Folsom." (B5/BA2-23UP).
P. O. Box 950
Folsom, Calif. 95763

Friday, March 07, 2008.

ATTN: Clerk of the Court
Northern District of California
P. O. Box 36060
280 First Street
San Francisco, Calif. 94102

**FILED**

MAR 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C-07-5287-SBA

Dear Clerk of the Court,

Please be advised, that On October 17, 2007, plaintiff filed his civil rights complaint. On January 17, 2008, he filed his Forma Pauperis Application. On January 25, 2008, he submitted his motion to seek the present or last known addresses of the defendants.

Be further advised, that the Forma Pauperis Application was granted on January 17, 2008. Plaintiff is currently on lock-down status due to some issues on the yard, however, would like to know if the Summons and Complaint have been served upon the defendants?

2) Does the clerk of the court submits the necessary papers and forms to the U. S. Marshal's for Service?

3) Does the clerk of the court submits the documents and forms to the plaintiff for completion and to submit to the U. S. Marshal's Office for Service?

4) Does the plaintiff have a deadline to serve the documents?

5) Does the plaintiff serves the complaint or does he must serve Summons and Complaints together upon the defendants? Please let me know, because I'm not sure about the process or about the process from this court. Thank you in advanced for your prompt response to my questions.

Sincerely,

[signature]

(1)

# PROOF OF SERVICE BY MAIL

I, Gilbert I. Serrano, Sr., , AM A RESIDENT OF FOLSOM STATE PRISON IN THE COUNTY OF SACRAMENTO, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 YEARS, AND I AM /AM NOT A PARTY TO THIS ACTION.
  MY PRISON NUMBER IS: P-42238
  MY PRISON ADDRESS IS: P.O. BOX 950, Folsom, Ca. 95763

ON Friday, March 07, , 2008, I SERVED A COPY OF THE FOLLOWING DOCUMENT:

"LETTER TO THE CLERK OF THE COURT"

ON THE FOLLOWING PARTIES BY PLACING THE DOCUMENTS IN A SEALED ENVELOPE WITH POSTAGE FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT FOLSOM STATE PRISON (MAILBOX RULE), FOLSOM, CALIFORNIA, ADDRESSED AS FOLLOWS:

ATTN: CLERK OF THE COURT
Northern District of California
280 First Street
San Francisco, California 94102

THERE IS DELIVERY SERVICE BY THE UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED Friday, March 07, , 2008 , AT FOLSOM, CALIFORNIA..

**Folsom State Prison**
P.O. Box 715071
Represa, CA 95671

NAME: Gilbert I. Serrano, Sr.

CDCR#: P-42238   Bldg/Bed: B5  BA2 - 23UP

**STATE PRISON GENERATED MAIL**

ADDRESS TO:
P.O. BOX 715071 Letter, Photos, Stamps only.
P.O. BOX 1790 Money Orders only.
P.O. BOX 950 Legal Mail only.

"CONFIDENTIAL AND LEGAL MAIL"

ATTN: Mr. Richard W. Wieking, Clerk.
Northern District of California
1301 Clay Street, Suite 400S.
Oakland, california 94612-5212

US POSTAGE $00.41 MAR 18 2008 MAILED FROM ZIP CODE 95672

FSP41-0077