**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

| | |
|---|---|
| 8  GILBERT I. SERRANO SR., | No. C 07-05287 SBA (PR) |
| 9            Plaintiff, | **ORDER OF TRANSFER** |
| 10      v. | |
| 11  C.B. ROMO, Correctional Officer, et al., | |
| 12            Defendants. | |
| 13 | |

14      Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.

15  He has been granted leave to proceed in forma pauperis.

16      The acts complained of occurred at Folsom State Prison, which is located in the Eastern

17  District of California, and it appears that the Defendants reside in that district.  Venue, therefore,

18  properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

19      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

20  TRANSFERRED to the United States District Court for the Eastern District of California.  The

21  Clerk of the Court shall transfer the case forthwith.

22      IT IS SO ORDERED.

23  DATED:  5/27/08                                    _Saundra B Armstrong_
                                              SAUNDRA BROWN ARMSTRONG
24                                              United States District Judge

25
26
27
28

P:\PRO-SE\SBA\CR.07\Serrano5287.Transfer.wpd

**United States District Court**
For the Northern District of California

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   GILBERT I. SERRANO SR.,

                                                    Case Number: CV07-05287 SBA
5            Plaintiff,
                                                    **CERTIFICATE OF SERVICE**
6      v.

7   CORRECTIONAL OFFICERS et al,

8            Defendant.
                                          /
9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11  That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15  Gilbert I. Serrano
16  FSP, Old Folsom,  P-42238
    P.O. Box 950
17  Folsom,  CA 95763

18  Dated: May 28, 2008
                                          Richard W. Wieking, Clerk
19                                        By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.07\Serrano5287.Transfer.wpd