**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>510.637.3530 |

June 2, 2008

District Clerk,
U.S. District Court, Eastern District of CA (Sacramento)
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2133


RE: CV 07-05287 SBA GILBERT I. SERRANO, SR.-v-C.B. ROMO, et al.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                             Sincerely,
                             RICHARD W. WIEKING, Clerk

                           by: *[signature]*
                             Jessie Mosley
                           Case Systems Administrator

Enclosures
Copies to counsel of record